**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     MICHAEL N. TOGBA | : | |
| | : | |
|   Debtor | : | |
| | : | BANKRUPTCY NO. 18-15064 |
| | : | |
|   WILLIAM C. MILLER | : | |
|   Trustee | : | |

**CERTIFICATION OF SERVICE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 21st day of November, 2018, I did serve a copy of the Second Amended Chapter 13 Plan on the following individuals:

William C. Miller, Esquire          All Creditors
Chapter 13 Standing Trustee
P. O. Box 4010
Reading, PA  19606


DATE:  November 21, 2018          ATTORNEYS FOR DEBTOR

                                                   /s/ Ashley M. Sullivan
                                                   ASHLEY M. SULLIVAN, ESQUIRE
                                                   FREEDMAN AND LORRY, P.C.
                                                   1601 Market Street, Ste. 1500
                                                   Philadelphia, PA 19103
                                                   (215)925-8400