**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    MICHAEL N. TOGBA | : | |
|    **Debtor** | : | |
| | : | BANKRUPTCY NO. 18-15064 |
| | : | |
| | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 11th day of December, 2018, I did serve a copy of the Amended Chapter 13 Plan on the following individuals:

William C. Miller Esquire                      All Creditors
Chapter 13 Standing Trustee
2901 St. Lawrence Ave., Ste. 100
Reading, PA  19606


DATE: December 11, 2018                    ATTORNEYS FOR DEBTOR

                                                /s/ Ashley M. Sullivan_____
                                                ASHLEY M. SULLIVAN, ESQUIRE
                                                FREEDMAN AND LORRY, P.C.
                                                1601 Market Street, 15th Floor
                                                Philadelphia, PA 19103
                                                 (215)925-8400