**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    MICHAEL N. TOGBA | : | |
|    Debtor | : | |
| | : | BANKRUPTCY NO. 18-15064 |
| | : | |
| | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 11th day of December, 2018, I did serve a copy of the Amended Schedule on the following individuals:

William C. Miller Esquire                    All Creditors
Chapter 13 Standing Trustee
2901 St. Lawrence Ave., Ste. 100
Reading, PA  19606

DATE: December 11, 2018                ATTORNEYS FOR DEBTOR

                                                  /s/ Ashley M. Sullivan_____
                                                  ASHLEY M. SULLIVAN, ESQUIRE
                                                  FREEDMAN AND LORRY, P.C.
                                                  1601 Market Street, 15th Floor
                                                  Philadelphia, PA 19103
                                                  (215)925-8400