**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| MICHAEL N. TOGBA | : | |
| | : | Bankruptcy No.: 18-15064 |
| *Debtor* | : | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of the above-captioned Debtor.

                              FREEDMAN AND LORRY, P.C.

BY:   /s/ Vladislav Kachka
         VLADISLAV KACHKA
         FREEDMAN AND LORRY, P.C.
         1601 Market Street, Ste. 1500
         Philadelphia, PA 19103
         (215)925-8400

**WITHDRAW OF APPEARANCE**

Kindly withdraw my appearance on behalf of the above-captioned Debtor.

                              FREEDMAN AND LORRY, P.C.

BY:   /s/Ashley M. Sullivan____
         ASHLEY M. SULLIVAN
         FREEDMAN AND LORRY, P.C.
         1601 Market Street, Ste. 1500
         Philadelphia, PA  19103
         (215)925-8400