United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-15064-jkf
Michael N. Togba                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW          Page 1 of 1              Date Rcvd: Nov 06, 2019
                            Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db          +Michael N. Togba,    1135 Chestnut Street,    Darby, PA 19023-1227
14177180    +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14174592    +Credit Acceptance Corporation,    P.O. box 5070,    Southfield, MI 48086-5070
14174593    +EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
14174594     Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd.,    Irving, TX 75063
14276634    +Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14184859    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14174596    +Rebecca A. Solarz, Esquire,    KML Law Group,    701 Market Street, Ste. 5000,
              Philadelphia, PA 19106-1541
14178103    +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
              Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:14     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:53:47
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:13     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14205515    +E-mail/Text: g20956@att.com Nov 07 2019 03:54:28     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
14174595    +E-mail/Text: lizb@peoplescredit.com Nov 07 2019 03:53:36     People's Credit,
              4950 N. 148th Avenue,    Portland, OR 97230-3450
14211164    +E-mail/Text: BKRMailOps@weltman.com Nov 07 2019 03:54:07     U.S. Asset Management,
              c/o Weltman, Weinberg, and Reis Co., L.P,    323 West Lakeside Avenue,
              Cleveland, OH 44113-1085
                                                                             TOTAL: 6

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
          ASHLEY M. SULLIVAN    on behalf of Debtor Michael N. Togba asullivan@freedmanlorry.com,
            hbanks@freedmanlorry.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
            ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
            bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VLADISLAV KACHKA    on behalf of Debtor Michael N. Togba vkachka@freedmanlorry.com,
            hbanks@freedmanlorry.com
          WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
            ECF_FRPA@Trustee13.com
                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :

MICHAEL N   TOGBA

                                       : Chapter 13

         Debtor(s)                       : Bankruptcy No. 18-15064JKF

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13
Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor
unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this
Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and
the employer shall cease wage withholding immediately.

BY THE COURT

**Date: November 6, 2019**

Jean K. FitzSimon, B. J.